IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                       HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover         Date: October 6, 2008
Court Reporter:     Paul Zuckerman
Probation Officer:  Lisa Pence
Interpreter         Marcela Salazar

Criminal Action No. 06-cr-00431-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Mark Barrett

        Plaintiff,

v.

3.  BOGAR GONZALEZ-ITUARET,                 J. Michael Dowling

        Defendant.

---

                              **SENTENCING MINUTES**
_____

**9:51 a.m.      Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on July 3, 2008. Defendant pled guilty to Count 10 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure. (**Doc. #964**). Defendant has no objection.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** Government's Motion for Downward Departure (**Doc. #964**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:15 a.m.** **Court in recess.**

Total Time: 24 minutes.
Hearing concluded.